


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 28, 2008

BY HAND

**MEMO ENDORSED**

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

        Re: Marion Curto v. Barnhart
           07 Civ. 3711(DLC)

Dear Judge Cote:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. We write respectfully, with the consent of plaintiff's counsel, to request an adjournment *nunc pro tunc* of the Court's briefing schedule.

    The parties have cross-moved for remand. After this Court granted the parties' previous request for an adjournment, defendant's reply brief was due by January 10, 2008, and plaintiff's reply, if any, was due by January 24, 2008. Because of a docketing error on my part, however, I failed to calendar the new date for defendant's reply brief. I apologize to the Court and plaintiff for this inadvertent oversight. Counsel for the parties have discussed this matter further and respectfully request that the Court adopt the following amended briefing schedule:

    1) Defendant's reply, if any, is due by January 29, 2008.

    2) Plaintiff's reply, if any, is due by February 15, 2008.

    We appreciate the Court's consideration of this request.

*Granted, nunc pro tunc.*
*Denise Cote*
*Feb. 4, 2008*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, Jr.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2712

cc: By Fax
    Irwin Portnoy, Esq.