**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARION CURTO,

                Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------X

07 CIVIL 3711 (DLC)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on March 3, 2008, having rendered its Opinion and Order vacating the decision of the ALJ and remanding the case for further proceedings consistent with the Opinion and Order dated March 3, 2008, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2008, the decision of the ALJ is vacated and the case is remanded for further proceedings consistent with the Opinion and Order dated March 3, 2008; accordingly, the case is closed.

**Dated:** New York, New York
       March 4, 2008

                                              J. MICHAEL McMAHON
                                                 Clerk of Court

                           BY:
                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____