

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2712
Fax: (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
MARION CURTO,                    :
                                 :
            Plaintiff.           :   STIPULATION AND ORDER
                                 :   07 Civ. 3711 (DLC)
       - v -                     :
                                 :
MICHAEL J. ASTRUE                :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the parties, that defendant shall pay Portnoy &

Marcus, P.C., the sum of eight hundred fifty dollars ($850.00)

in attorney's fees, pursuant to the Equal Access to Justice Act,

28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
March 26, 2008

>                    PORTNOY & MARCUS, P.C.
>                    Attorneys for Plaintiff
>
>              BY: _____
>                    IRWIN M. PORTNOY, ESQ.
>                    7 Rock Cut Road
>                    Newburgh, New York 12550
>                    Telephone No. (845) 567-0315
>
>                    MICHAEL J. GARCIA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for Defendant
>
>              By: _____
>                    JOHN E. GURA, JR.
>                    Assistant United States Attorney
>                    86 Chambers Street, 3rd Floor
>                    New York, New York 10007
>                    Telephone No. (212) 637-2712
>                    John.Gura@usdoj.gov

SO ORDERED:

_____
United States District Judge

April 8, 2008